# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CANDACE NALL,**

                **Plaintiff,**

-vs-                                                      **Case No. 6:10-cv-464-Orl-28KRS**

**MAL-MOTELS, INC., MOHAMMAD MALIK,**

                **Defendants.**

## ORDER

At the Final Pretrial Conference on February 29, 2012, a question arose as to whether there had been a settlement in this case. I referred the issue of enforcement of a settlement to the United States Magistrate Judge for consideration. The Magistrate Judge has submitted a report recommending that the settlement agreement entered into between the parties be enforced and this case dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation filed by Plaintiff, the Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 22, 2012 (Doc. No. 65) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the parties have entered into an enforceable settlement agreement and that it is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standard Act.

3. Counsel for Plaintiff may file a motion for assessment of reasonable attorney's fees and costs, if necessary, following a good faith conference to resolve the amount to be paid.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. This case is dismissed with prejudice.

6. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of June, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record